USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-17-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
PETER LEE DUNBAR,

      Petitioner,

  -against-         1:19-cv-01151 (ALC)

KIRSTJEN M. NIELSEN, ET AL.    ORDER

      Respondents.
------------------------------------------------------- X

**ANDREW L. CARTER, JR., United States District Judge:**

Petitioner Peter Lee Dunbar, who is proceeding *pro se*, filed a petition for a writ of habeas corpus on February 6, 2019, pursuant to 28 § 2241. ECF No. 1. On July 26, 2019, Respondents filed a motion to transfer the case to the District of New Jersey. *See* ECF No. 11. Subsequently, Petitioner indicated that he did not oppose Respondents' motion. *See* ECF No. 17. After careful consideration, Respondents' motion is hereby **GRANTED** and it is **ORDERED** that this case be transferred to the United States District Court for the District of New Jersey. *See Rumsfeld v. Padilla*, 542 U.S. 426 (2004).

**SO ORDERED.**

Dated: January 17, 2020
    New York, New York

                   **ANDREW L. CARTER, JR.**
                   United States District Judge

COPIES MAILED